■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v ROBERT E. WIGGINS, Defendant. [23 NYS3d 582]—Application by

the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the County Court, Orange County, rendered February 13, 1986.

Ordered that the application is denied.

The defendant has not establish his entitlement to the relief requested (see People v Syville, 15 NY3d 391 [2010]). Dillon, J.P., Roman, Sgroi and Miller, JJ., concur.